UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ADRIAN PEACE, SR.,**         **CASE NO.:**

**Plaintiff,**

v.

**METRIC ENGINEERING, INC.,
AND THOMPSON TRUCKING,
LLC,**

_____/

**DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL**

Defendant, METRIC ENGINEERING, INC. ("Metric" or "Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure, Rule 7.2 of the Local Rules of the United States District Court for the Northern District of Florida, and Title 28 of the United States Code §§ 1441(a) and 1446, hereby requests that this Court remove this action from the Circuit Court of the Fourteenth Judicial Circuit, in and for Jackson County, Florida, to the United States District Court for the Northern District of Florida, Panama City Division. The grounds for removal of this civil action are set forth below.

1. Plaintiff, Adrian Peace ("Plaintiff"), brought this action on May 28, 2021, in the Circuit Court of the Fourteenth Judicial Circuit, in and for Jackson County, Florida, styled *Adrian Peace, Sr. v. Metric Engineering, Inc., and Thompson*

1

*Trucking, LLC*, and assigned case number 2021-CA-0739685 (the "Circuit Court Case").

2. Defendant was served with the Complaint on June 4, 2021.

3. Copies of all process, pleadings, and other papers on file in the Circuit Court Case are attached hereto as **Composite Exhibit "A"** as required by 28 U.S.C. § 1446(a) and Local Rule 7.2 of the U.S. District Court for the Northern District of Florida. The Complaint alleges violations of the Florida Civil Rights Act ("FCRA") and 42 U.S.C. § 1981 ("Section 1981"). *See* Comp. Ex. "A," Compl. at ¶ 1.

4. The United States District Court for the Northern District of Florida, Panama City Division, encompasses the judicial district in which Plaintiff filed the Complaint. Accordingly, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a) and Local Rule 3.1(B) of the U.S. District Court for the Northern District of Florida.

5. This Notice of and Petition for Removal has been timely filed within 30 days of the date of service of the Complaint. 28 U.S.C. § 1446(b)(3).

6. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of the removal to Plaintiff and will file a copy of this Notice of and Petition for Removal in the Fourteenth Judicial Circuit, in and for Jackson County, Florida.

7. This action is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331, as the Complaint alleges a violation of a federal statute, 42 U.S.C. § 1981.

8. This Court has supplemental jurisdiction over Plaintiff's FCRA claims pursuant to 28 U.S.C. § 1367.

9. Generally, "[w]hen a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to removal of the action." 28 U.S.C. § 1446(b)(2)(A).

10. However, "[t]here are at least four recognized exceptions to the unanimity requirement for removing defendants who are not federal officers or agencies. A removing defendant need not obtain consent: (1) of a defendant who has not yet been served with process; (2) of a formal or nominal defendant; (3) of a defendant who has been fraudulently joined; and (4) where, as provided in Title 28, United States Code, Section 1441(c), the case involves at least one 'separate and independent' claim asserting a federal question." *See White v. Bombardier Corp.*, 313 F. Supp. 2d 1295, 1299-300 (N.D. Fla. 2004).

11. In the present case, the docket in the Circuit Court case reflects that the other defendant in the Circuit Court Case, Thompson Trucking, LLC, has not yet been served with process of the Complaint. *See* Composite Exhibit "A." As such,

Metric may properly remove this action to federal court without the consent of Thompson Trucking, LLC. *See id.*

**WHEREFORE**, Defendant requests that this Court accept the removal of this action from the Circuit Court of the Fourteenth Judicial Circuit and further direct that the Circuit Court have no further jurisdiction over this action.

Dated this 2nd day of July 2021.

Respectfully submitted,

By: */s/ B. Tyler White*
B. Tyler White
Florida Bar No. 038213
Tyler.White@jacksonlewis.com
M. Megan Coughlin
Florida Bar No. 113667
Megan.Coughlin@jacksonlewis.com

JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, Florida 32202
Telephone: (904) 638-2655
Christina.Ridder@jacksonlewis.com
Jacksonville.Docketing@jacksonlewis.com

*Counsel for Metric Engineering, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of July 2021, a true and correct copy of the foregoing has been filed with the Court by using the CM/ECF system and a copy will also be sent via e-mail to:

Marie Mattox
Marie Mattox, P.A.
310 East Bradford Road
Tallahassee, FL 32303
Marie@mattoxlaw.com
Michelle2@mattoxlaw.com
Marlene@mattoxlaw.com
*Counsel for Plaintiff*

                 */s/ B. Tyler White*

4817-0539-3136, v. 2