UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ADRIAN PEACE**, SR.,

    **Plaintiff**,

v.   Case No. 5:21cv137-TKW-MJF

**METRIC ENGINEERING, INC.**,

    **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the joint stipulation of dismissal with prejudice (Doc. 67), it is **ORDERED** that:

1. This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. The Court retains jurisdiction for one year from the date of this Order to enforce any provision of the parties' settlement agreement, if necessary.

3. The Clerk shall administratively close the file now, and after one year without any record activity, the Clerk shall permanently close the file.

**DONE and ORDERED** this 21st day of November, 2022.

                                                */s/ T. Kent Wetherell, II*
                                                **T. KENT WETHERELL, II**
                                                **UNITED STATES DISTRICT JUDGE**